Thomas A. Morris, Jr. and Frances Leah Morris, Appellees, v. Homer L. Patterson, Appellant.

Gen. No. 41,963.

658

Heard in first division, first district, this court at October term, 1941; opinion filed November 25, 1941. Daniel F. Kemp and David A. Canel, for appellant; Cummings & Wyman, for appellees; Harold Engstrom and Stella Clinton, of counsel. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."